UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL BROWN, individually and on behalf of all others similarly situated<br><br>Plaintiff<br><br>vs.<br><br>MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC.<br><br>Defendants | : | C.A. No. 07-115 |

**NOTICE OF ENTRY OF APPEARANCE**

Now comes Thomas C. Angelone, Esq., and hereby enters his appearance on behalf of Defendants, ***Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.***

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: April 19, 2007

**CERTIFICATION**

I hereby certify that on this 19th day of April, 2007, I caused a copy of the within ***Notice of Appearance*** to be electronically transmitted to:

Peter N. Wasylyk, Esq. pnwlaw@aol.com

and mailed by first class mail, postage prepaid to:

Andrew S. Kierstead, Esq.
Law Office of Andrew S. Kierstead
1001 SW Fifth Avenue, Suite 1100
Portland, OR 97204

Marc Stanley, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373