UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL BROWN, individually and on behalf of all others similarly situated<br>Plaintiff | : | |
| vs. | : | C.A. No. 07-115 |
| MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC.<br>Defendants | : | |

**DEFENDANTS NOTICE OF FILING CONDITIONAL TRANSFER ORDER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

NOTICE IS HEREBY given to the Court that Defendants, ***Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc.***, by and through their undersigned counsel, file the June 28, 2007, Conditional Transfer Order by Judicial Panel on Multidistrict Litigation transferring those Tag-Along Actions disclosed on Schedules CTO-20 and CTO-1, including the above-captioned matter, to the District of New Jersey.

**MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION and MENU FOODS SOUTH DAKOTA, INC.**

By their Attorneys,

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: July 12, 2007

## CERTIFICATION

I hereby certify that on this 12th day of July, 2007, I caused a copy of the within ***Notice of Filing Conditional Transfer Order*** to be electronically transmitted to:

Peter N. Wasylyk, Esq. pnwlaw@aol.com

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373